| | | |
|---|---|---|
| **EDWARD P. MANGANO**<br>County Executive |  | **JOHN CIAMPOLI**<br>County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX: 516-571-3058
Writer's Direct Line: 516-571-6074

September 22, 2011

**VIA ECF**
The Honorable Sandra J. Feuerstein
United States District Judge for the Eastern District of New York
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      Re:    Gadson v. County of Nassau, et al.
              10-cv-04969 (SJF) (AKT)

Dear Judge Feuerstein:

      This Office represents the Defendants in the above-referenced action. Defendants and Plaintiff have conferred and jointly write to advise the Court that a settlement has been reached in this matter. Defendants and Plaintiff have agreed that the Stipulation of Discontinuance will be filed upon payment and clearance of the settlement funds.

      Accordingly, the parties respectfully request that the Pre-Trial Telephone Conference scheduled for September 23 at 11 AM be cancelled and that this matter be put off the trial calendar. Thank you for your time and attention in this matter.

                                Respectfully submitted,

                                _____/s/_____
                                Sanjay V. Nair
                                Deputy County Attorney

    cc:    Jeffrey P. Falk (*via ECF & fax*)
               Falk & Klebanoff, P.C.
               392 Woodfield Rd.
               West Hempstead, NY 11552
               (516) 564-4200
               *Attorney for Plaintiff*